

# THE THIRTEENTH COURT OF APPEALS

13-20-00379-CV

IN THE GUARDIANSHIP OF SHELLEY THOMSON A/KA SHELLEY SUE THOMSON, AN INCAPACITATED PERSON

On Appeal from the
County Court at Law of Comal County, Texas
Trial Cause No. 2019GDB0001

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion.

Costs of the appeal are adjudged against appellants. Furthermore, no costs shall be assessed against Shelley Thomson, as she filed an affidavit of inability to pay costs.

We further order this decision certified below for observance.

January 21, 2021